IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>NICHOLAS ALEX DICKINSON,<br>a/k/a:   Nicholas Alexander Dickinson<br>[DOB:  02/07/1982],<br><br>        Defendant. | Case No. _____<br><br>**COUNT ONE:**<br>**Receipt of Child Pornography**<br>**Over the Internet**<br>18 U.S.C. § 2252(a)(2)<br>NLT: 5 Years Imprisonment<br>NMT: 20 Years Imprisonment<br>NMT: $250,000 Fine<br>Supervised Release: 5 Years to Life<br>Class C Felony<br><br>**COUNT TWO:**<br>**Possession of Child Pornography**<br>18 U.S.C. § 2252(a)(4)<br>NMT: 10 Years Imprisonment<br>NMT: $250,000 Fine<br>Supervised Release: 5 Years to Life<br>Class C Felony<br><br>**COUNT THREE:**<br>**Possession of Obscene Visual**<br>**Representations of the Sexual Abuse of**<br>**Children**<br>18 U.S.C. §§ 1466A(b) & 2252A(b)(2)<br>NMT: 10 Years Imprisonment<br>NMT: $250,000 Fine<br>Supervised Release: 5 Years to Life<br>Class C Felony<br><br>$100 Mandatory Special Assessment<br>Each Count |

# I N D I C T M E N T

**THE GRAND JURY CHARGES THAT:**

## COUNT ONE

On or about April 23, 2013, the date being approximate, in the Western District of Missouri and elsewhere, NICHOLAS ALEX DICKINSON, defendant herein, using any means or facility of interstate or foreign commerce, knowingly received a visual depiction, separate and apart from the visual depiction relied upon in Count Two, that had been shipped and transported in or affecting interstate and foreign commerce by any means including by computer, and the visual depiction contained material which had been shipped and transported in interstate and foreign commerce by any means including by computer; and the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT TWO

On or about May 2, 2013, in the Western District of Missouri, NICHOLAS ALEX DICKINSON, defendant, knowingly possessed one (1) or more films, videotapes, and other matter, separate and apart from the visual depiction relied upon in Count One, which contained visual depictions that had been shipped and transported in or affecting interstate commerce, by any means including by computer, and which were produced using materials which had been shipped and transported in interstate and foreign commerce by any means including by computer; and the production of the visual depictions involved the use of minors engaging in

sexually explicit conduct, and were visual depictions of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4).

## COUNT THREE

On or about May 2, 2013, in the Western District of Missouri, NICHOLAS ALEX DICKINSON, defendant, knowingly possessed one (1) or more visual depictions, including drawings, cartoons, and other matter, which contained visual depictions that had been shipped and transported in interstate or foreign commerce by any means including by computer, and which were produced using materials which had been shipped and transported in interstate and foreign commerce by any means including by computer, and the visual depictions were of minors engaging in sexually explicit conduct, and were obscene, in violation of Title 18, United States Code, Sections 14666A(b) and 2252A(b)(2).

A TRUE BILL.

    /s/ Boris A. Stancic
FOREPERSON OF THE GRAND JURY

    /s/ Teresa A. Moore
Teresa A. Moore #40813
Assistant United States Attorney

Date:    6/18/13
    Kansas City, Missouri